# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA - ATLANTA DIVISION

IN RE:　　　　　　　　　　　　　　　　* CASE No.:
　　Iona Anesta Morton　　　　　　　　 *
　　　　　　　　　　　　　　　　　　　* CHAPTER: 7
　　　　　　DEBTOR　　　　　　　　　　*

## UNSWORN DECLARATION REGARDING PAY ADVICES

[ ]　　I, **Iona Anesta Morton**, do hereby declare under the penalty of perjury that I did not receive pay advices or other evidence of payment from an employer during the time period extending from _____, 20____, through _____, 20____, inclusive.

[X]　　I, **Iona Anesta Morton**, do hereby declare under the penalty of perjury that I did not receive any wages or pay from an employer during the 60 days immediately prior to the date of the filing of the petition in the instant case.


Dated: 6/16/2010　　　　　　　　　　Signed: _/s/ Iona Morton_
　　　　　　　　　　　　　　　　　　　　　**Iona Anesta Morton**